**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| In re: LONGHORN MANUFACTURING AND SALES, I | § § § § | Case No. 5:18-72975 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jill Jacoway, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $466,729.48 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $112,275.52 | | |

3) Total gross receipts of $579,005.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $579,005.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $311,151.88 | $375,097.37 | $403,698.91 | $403,698.91 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $112,275.52 | $112,275.52 | $112,275.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $57,756.88 | $57,756.88 | $57,756.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $99,559.87 | $12,424.72 | $12,424.72 | $5,273.69 |
| **TOTAL DISBURSEMENTS** | $410,711.75 | $557,554.49 | $586,156.03 | $579,005.00 |

4) This case was originally filed under chapter 7 on 11/02/2018, and it was converted to chapter 7 on 05/01/2019. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2020         By: /s/ Jill Jacoway
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Part of the SE 1/4 of the NE 1/4 of Section 8, Township 20 North, Range 33 West, Benton County, Arkansas. described as b | 1110-000 | $475,000.00 |
| Machinery, fixtures | 1129-000 | $104,005.00 |
| **TOTAL GROSS RECEIPTS** | | **$579,005.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank of Gravett | 4110-000 | $311,151.88 | $349,180.06 | $376,693.93 | $376,693.93 |
| 3 | Bank of Gravett | 4110-000 | NA | $13,796.15 | $14,883.82 | $14,883.82 |
| ADMN - | AR DEPARTMENT OF FINANCE & ADMN. | 4700-000 | NA | $12,121.16 | $12,121.16 | $12,121.16 |
| | **TOTAL SECURED** | | **$311,151.88** | **$375,097.37** | **$403,698.91** | **$403,698.91** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Jacoway | 2100-000 | NA | $32,200.25 | $32,200.25 | $32,200.25 |
| Trustee, Expenses - Jill Jacoway | 2200-000 | NA | $530.05 | $530.05 | $530.05 |
| Attorney for Trustee Fees - JILL JACOWAY ATTORNEY | 3110-000 | NA | $6,720.00 | $6,720.00 | $6,720.00 |
| Attorney for Trustee, Expenses - JILL JACOWAY ATTORNEY | 3120-000 | NA | $969.58 | $969.58 | $969.58 |
| Auctioneer Fees - CFP Appraisals and Auctions | 3610-000 | NA | $15,600.75 | $15,600.75 | $15,600.75 |
| Auctioneer Expenses - CFP Appraisals and Auctions | 3620-000 | NA | $6,935.56 | $6,935.56 | $6,935.56 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Costs re Sale of Property - City Title & Closing | 2500-000 | NA | $2,078.75 | $2,078.75 | $2,078.75 |
| Other State or Local Taxes (post-petition) - Benton County Tax Collector | 2820-000 | NA | $17,478.08 | $17,478.08 | $17,478.08 |
| Accountant for Trustee Fees (Other Firm) - Accounting Solutions of NWA | 3410-000 | NA | $937.50 | $937.50 | $937.50 |
| Realtor for Trustee Fees (Real Estate Commissions) - Jeff Pederson & Lindsey & Assoc | 3510-000 | NA | $28,500.00 | $28,500.00 | $28,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$112,275.52** | **$112,275.52** | **$112,275.52** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | NA | $57,756.88 | $57,756.88 | $57,756.88 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$57,756.88** | **$57,756.88** | **$57,756.88** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Village Insurance, Inc. | 7100-000 | $4,435.60 | $4,435.60 | $4,435.60 | $1,882.70 |
| 4 | Mandel Metals Coface North America Insurance Company | 7100-000 | $6,427.52 | $6,427.52 | $6,427.52 | $2,728.17 |
| 6 | Bolt & Screw Supply, Inc. | 7100-000 | $1,180.96 | $1,180.96 | $1,180.96 | $501.26 |
| 7 | ABF Freight System, Inc. ArcBest Attn: Bankrupcy Desk | 7100-000 | $380.64 | $380.64 | $380.64 | $161.56 |
| N/F | Aflac | 7100-000 | $1,641.12 | NA | NA | NA |
| N/F | Applied Industrial Technologie | 7100-000 | $181.46 | NA | NA | NA |
| N/F | Armstrong Equipment | 7100-000 | $6,560.17 | NA | NA | NA |
| N/F | Ashton Agency Inc. | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Bank of Gravett | 7100-000 | $13,796.15 | NA | NA | NA |
| N/F | BlueTarp Financial, Inc. | 7100-000 | $1,170.55 | NA | NA | NA |
| N/F | Cole Publishing | 7100-000 | $7,005.86 | NA | NA | NA |
| N/F | Cole Publishing Inc | 7100-000 | $7,090.91 | NA | NA | NA |
| N/F | Culligan of NWA | 7100-000 | $122.87 | NA | NA | NA |
| N/F | FedEx Freight | 7100-000 | $7,969.59 | NA | NA | NA |
| N/F | First Insurance Funding | 7100-000 | $1,539.22 | NA | NA | NA |
| N/F | JE Systems Inc | 7100-000 | $377.75 | NA | NA | NA |
| N/F | NAPA Auto Parts | 7100-000 | $1,751.74 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ozarks Community Hospital | 7100-000 | $310.00 | NA | NA | NA |
| N/F | Porky's Parts, Inc | 7100-000 | $1,751.74 | NA | NA | NA |
| N/F | TNT Tire and NAPA Auto | 7100-000 | $2,419.68 | NA | NA | NA |
| N/F | The Goodyear Tire & Rubber | 7100-000 | $3,745.67 | NA | NA | NA |
| N/F | Warren Welding & Generators | 7100-000 | $5,243.61 | NA | NA | NA |
| N/F | Watson & Chalin Mfg Inc | 7100-000 | $21,206.83 | NA | NA | NA |
| N/F | Welsco, Inc. | 7100-000 | $3,000.23 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$99,559.87** | **$12,424.72** | **$12,424.72** | **$5,273.69** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 5:18-72975 | Trustee Name: | (250030) Jill Jacoway |
|---|---|---|---|
| Case Name: | LONGHORN MANUFACTURING AND SALES, I | Date Filed (f) or Converted (c): | 05/01/2019 (c) |
| | | § 341(a) Meeting Date: | 06/10/2019 |
| For Period Ending: | 08/07/2020 | Claims Bar Date: | 09/10/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Machinery, fixtures | 95,000.00 | 95,000.00 | | 104,005.00 | FA |
| 2 | Part of the SE 1/4 of the NE 1/4 of Section 8, Township 20 North, Range 33 West, Benton County, Arkansas. described as beginning at the NE corner of the SE 1/4 of the NE 1/4 of said Section 8; thence South 00 degrees 09'36" West 804.84 feet; thence North 64 degrees 10'27" West 47.93 feet; thence North 67 degrees 02'31" West 109.60 feet; thence North 70 degrees 35'54" West 91.63 feet; thence North 74 degrees 07'37" West 75.92 feet; thence North 76 degrees 34'59" West 110.40 feet; thence North 80 degrees 08'14" West 100.47 feet; thence North 84 degrees 00'09" West 99.21 feet; thence North 87 degrees 26'26" West 12.91 feet; thence North 00 degrees 09'36" East 639.37 feet; thence South 89 degrees 42'44" East 621.91 feet to the point of beginning. Subject to the right-of-way of Highway 72 on the South side., Valuation Method: Tax records | 1,139,750.00 | 828,598.12 | | 475,000.00 | FA |
| 2 | **Assets Totals (Excluding unknown values)** | **$1,234,750.00** | **$923,598.12** | | **$579,005.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 01/20/2020          **Current Projected Date Of Final Report (TFR):** 02/27/2020 (Actual)

| 08/07/2020 | /s/Jill Jacoway |
|---|---|
| Date | Jill Jacoway |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 5:18-72975 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | LONGHORN MANUFACTURING AND SALES, I | Bank Name: | Metropolitan Commercial Bank |
|  |  | Account #: | ******8893 Checking |
| Taxpayer ID #: | **-***2519 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 08/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/19 | {1} | CFP Appraisals and Auctions | 7-16-19 Order re Sale (Doc. #85) | 1129-000 | 104,005.00 | | 104,005.00 |
| 08/23/19 | | City Title & Closing | 8/6/19 Order (Doc. #96) | | 23,244.26 | | 127,249.26 |
| | {2} | Robert M. & Regina A. Hagood | 8/6/19 Order re Sale (Doc. #96) $475,000.00 | 1110-000 | | | |
| | | AR DEPARTMENT OF FINANCE & ADMN. | 8/6/19 Order re Sale (Doc. #96) -$12,121.16 | 4700-000 | | | |
| | | Jeff Pederson & Lindsey & Assoc | 8/16/19 Order re Fees (Doc. #102) -$28,500.00 | 3510-000 | | | |
| | | Benton County Tax Collector | 8/6/19 Order re Sale (Doc. #96) -$17,478.08 | 2820-000 | | | |
| | | City Title & Closing | 8/6/19 Order re Sale (Doc. #96) -$2,078.75 | 2500-000 | | | |
| | | Bank of Gravett | 8/6/19 Order re Sale (Doc. #96) -$14,883.82 | 4110-000 | | | |
| | | Bank of Gravett | 8/6/19 Order re Sale (Doc. #96) -$376,693.93 | 4110-000 | | | |
| 09/04/19 | 101 | CFP Appraisals and Auctions | 9-4-19 Order re fees (Doc. #108 - comm | 3610-000 | | 15,600.75 | 111,648.51 |
| 09/04/19 | 102 | CFP Appraisals and Auctions | 9-4-19 Order re fees (Doc. #108) - oop | 3620-000 | | 6,935.56 | 104,712.95 |
| 12/10/19 | 103 | Accounting Solutions of NWA | 12-10-19 Order re fees (Doc. #114) | 3410-000 | | 937.50 | 103,775.45 |
| 01/07/20 | 104 | JILL JACOWAY ATTORNEY | 1-6-2020 Order re fees (Doc. #116) | 3110-000 | | 6,720.00 | 97,055.45 |
| 01/07/20 | 105 | JILL JACOWAY ATTORNEY | 1-6-2020 Order re Fees (Doc. #116) | 3120-000 | | 969.58 | 96,085.87 |
| 03/23/20 | 106 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $32,200.25; Claim # FEE; Filed: $32,200.25 | 2100-000 | | 32,200.25 | 63,885.62 |
| 03/23/20 | 107 | Jill Jacoway | Distribution payment - Dividend paid at 100.00% of $530.05; Claim # TE; Filed: $530.05 | 2200-000 | | 530.05 | 63,355.57 |
| 03/23/20 | 108 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 8; Filed: $325.00 | 2950-000 | | 325.00 | 63,030.57 |
| 03/23/20 | 109 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $57,756.88; Claim # 5; Filed: $57,756.88 Stopped on 06/29/2020 | 5800-005 | | 57,756.88 | 5,273.69 |
| 03/23/20 | 110 | Village Insurance, Inc. | Distribution payment - Dividend paid at 42.45% of $4,435.60; Claim # 1; Filed: $4,435.60 | 7100-000 | | 1,882.70 | 3,390.99 |
| 03/23/20 | 111 | Mandel Metals Coface North America Insurance Company | Distribution payment - Dividend paid at 42.45% of $6,427.52; Claim # 4; Filed: $6,427.52 | 7100-000 | | 2,728.17 | 662.82 |
| 03/23/20 | 112 | Bolt & Screw Supply, Inc. | Distribution payment - Dividend paid at 42.45% of $1,180.96; Claim # 6; Filed: $1,180.96 | 7100-000 | | 501.26 | 161.56 |
| 03/23/20 | 113 | ABF Freight System, Inc. ArcBest Attn: Bankrupcy Desk | Distribution payment - Dividend paid at 42.44% of $380.64; Claim # 7; Filed: $380.64 | 7100-000 | | 161.56 | 0.00 |

Page Subtotals: $127,249.26 $127,249.26

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**
Page: 2

| Case No.: | 5:18-72975 | Trustee Name: | Jill Jacoway (250030) |
|---|---|---|---|
| Case Name: | LONGHORN MANUFACTURING AND SALES, I | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******8893 Checking |
| Taxpayer ID #: | **-***2519 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 08/07/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/20 | 109 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $57,756.88; Claim # 5; Filed: $57,756.88 Stopped: check issued on 03/23/2020 | 5800-005 | | -57,756.88 | 57,756.88 |
| 07/10/20 | 114 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $57,756.88; Claim # 5; Filed: $57,756.88 | 5800-000 | | 57,756.88 | 0.00 |
| | | **COLUMN TOTALS** | | | 127,249.26 | 127,249.26 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 127,249.26 | 127,249.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$127,249.26** | **$127,249.26** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 5:18-72975 | **Trustee Name:** Jill Jacoway (250030) |
| **Case Name:** LONGHORN MANUFACTURING AND SALES, I | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***2519 | **Account #:** ******8893 Checking |
| **For Period Ending:** 08/07/2020 | **Blanket Bond (per case limit):** $0.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8893 Checking | $127,249.26 | $127,249.26 | $0.00 |
| | **$127,249.26** | **$127,249.26** | **$0.00** |

08/07/2020
Date

/s/Jill Jacoway
Jill Jacoway

UST Form 101-7-TDR (10/1/2010)